UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| Elizabeth (Nelson) Schwartz,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. CV-23-81-H-KLD<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

　　Dated this 18th day of February, 2025

　　　　　　　　　　　TYLER P. GILMAN, CLERK


　　　　　　　　　By:　/s/ Annie Puhrmann
　　　　　　　　　　　Deputy Clerk